**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Ms. Parias-Padilla

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ1230 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | PROOF OF SERVICE |
| ) | |
| **MARISA PARIAS-PADILLA,** ) | |
| ) | |
| Defendant. ) | |

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

      **Assistant United States Attorney**
      efile.dkt.gc1@usdoj.gov

Dated: April 23, 2008       *s/ Bridget L. Kennedy*
                                        **BRIDGET L. KENNEDY**
                                        Federal Defenders of San Diego, Inc.,
                                        225 Broadway, Suite 900
                                        San Diego, CA 92101-5030
                                        (619) 234-8467 (tel)
                                        (619) 687-2666 (fax)
                                        e-mail:bridget_kennedy@fd.org